**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY BRAVO, | ) | NO. CV 10-2687-PSG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| HEDGEPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: **3/7/11**

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE